## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Mr. Andreas Werner, et al.**

    Plaintiff(s),

VS.

**District of Columbia**

    Defendant(s).

Attorney: Alana M. Hecht, Esq.

D.C. Disability Law Group, P.C.
512 C St., NE, #4
Washington DC 20002


*335112*

**Case Number: 1:25-cv-01269-TJK**

Legal documents received on **04/28/2025** at **12:55 PM** to be served upon **District of Columbia, by serving Brian Schwalb, DC Attorney General** at **400 6th Street, NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **April 30, 2025** at **12:30 PM**, I did the following:

Served **District of Columbia, by serving Brian Schwalb, DC Attorney General** by delivering a conformed copy of the **Summons in a Civil Action; Complaint for Declaratory Judgment & Relief for Attorneys' Fees as a Partial Prevailing Party; Exhibits** to **Representative of the Office of the Attorney General** as Authorized Agent of **District of Columbia, by serving Brian Schwalb, DC Attorney General** at **400 6th Street, NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 04-30-2025 at 12:30 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:335112

