## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

Mr. Andreas Werner, et al.

    Plaintiff(s),

VS.

District of Columbia

    Defendant(s).

Attorney: Alana M. Hecht, Esq.

D.C. Disability Law Group, P.C.
512 C St., NE, #4
Washington DC 20002


*335111*

Case Number: 1:25-cv-01269-TJK

Legal documents received on **04/28/2025** at **12:38 PM** to be served upon **District of Columbia, by serving Mayor Muriel Bowser** at **Office of the Attorney General, 400 6th Street, NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **April 30, 2025** at **12:30 PM**, I did the following:

Served **District of Columbia, by serving Mayor Muriel Bowser** by delivering a conformed copy of the **Summons in a Civil Action; Complaint for Declaratory Judgment & Relief for Attorneys' Fees as a Partial Prevailing Party; Exhibits** to Representative of the Office of the Attorney General as **Authorized Agent** of District of Columbia, by serving Mayor Muriel Bowser at Office of the Attorney General, 400 6th Street, NW, Washington, DC 20001.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 04-30-2025 at 12:30 pm.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Molash
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:335111

